476

395 A.2d 1008

Commonwealth v. Sumpter, Appellant.

Submitted March 29, 1978. Stephen Patrizio, for appellant; Robert B. Lawler, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAETH, J., concurred in the result.

HOFFMAN, J., did not participate in the consideration or decision of this case.

395 A.2d 1009

Commonwealth v. Taft, Appellant.

Order affirmed.

WATKINS, former P. J., and HOFFMAN, J., did not participate in the consideration or decision of this· case.